01-15-00819-CV

# CHRIS DANIEL
## HARRIS COUNTY DISTRICT CLERK

DATE 9/25/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/25/2015 11:57:58 AM
CHRISTOPHER A. PRINE
Clerk

TO:     1ST COURT OF APPEALS

From:   **Deputy Clerk: MICHELLE LOPEZ**
        **Chris Daniel, District Clerk**
        **Harris County, T E X A S**

**CAUSE:**  2009-16387

**VOLUME** ____ **PAGE** ____ **OR** **IMAGE #** 65370855

**DUE** 9/8/2015     **ATTORNEY** 18710500

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE** 1ST

**DATE JUDGMENT SIGNED:** 5/11/2015

**MOTION FOR NEW TRIAL DATE FILED:** 6/8/2015

**REQUEST TRANSCRIPT DATE FILED** 8/25/2015

**NOTICE OF APPEAL DATE FILED** 6/8/2015

**NUMBER OF DAYS: ( CLERKS RECORD )** 120

**FILE ORDERED: YES** ☐ **NO** ☒ **IMAGED FILED: YES** ☒ **NO** ☐

**CODES FOR NOTICE OF APPEAL:** BC, C, OA

CHRIS DANIEL
Harris County, District Clerk

By: /s/MICHELLE LOPEZ
     **MICHELLE LOPEZ, Deputy**

BC      NOTICE OF APPEAL FILED
BG      NOTICE OF APPEAL FILED – GOVERNMENT
C       JUDGMENT BEING APPEALED
D -     ACCELERATED APPEAL
OA      NO CLERK'S RECORD REQUEST FILED
O       CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)
NA      AMENDED NOTICE OF APPEAL

## Cause No#2009-16387

| | | |
|---|---|---|
| MARK GROBA | * | IN THE DISTRICT COURT |
| Plaintiff | * | |
| Vs. | * | 333rd JUDICIAL DISTRICT |
| | * | |
| GERMAN AMERICAN FARM | * | |
| MUTUAL INSURANCE COMP. | * | |
| Defendant | * | HARRIS COUNTY, TEXAS |

### NOTICE OF APPEAL

COMES NOW **MARK GROPA**, appellant herein, and files this his **Notice Of Appeal** of the jury verdict rendered on April 29th, 2015 finding that the Plaintiff take nothing in its unanimous verdict for the Defendant GERMAN AMERICAN FARM MUTUAL INSURANCE COMPANY.

Respectfully submitted,

**WILLIS EVERETT SMITH, ESQ.**

WILLIS EVERETT SMITH, ESQ
SBN: 18710500
25408 US HWY 59, STE#104
PORTER, TEXAS 77365
(281) 359-6052 Telephone
(281) 360-6009 Telecopier
Wesmith2@peoplepc.com

1

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this NOTICE OF APPEAL was sent to all of the Attorney's in this case via Fax transmission to them on this the 8th day of June, 2015.

WILLIS EVERETT SMITH, ESQ.

2

5/7/2015 9 31 50 AM
Chris Daniel - District Clerk Harris County
Envelope No 5186535
By Euniecy Gentry
Filed 5/7/2015 9 31 50 AM

CAUSE NO. 2009-16387

| | | |
|---|---|---|
| MARK GROBA | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| GERMAN AMERICAN FARM | § | |
| MUTUAL AND DANA | § | |
| HOLBROOK | § | |
| | § | |
| *Defendants* | § | 333RD JUDICIAL DISTRICT |

## FINAL JUDGMENT

On April 27, 2015, the Court called this case for trial Plaintiff, MARK GROBA, appeared in person and through his attorney and announced ready for trial Defendant, GERMAN AMERICAN FARM MUTUAL INSURANCE COMPANY, appeared through its duly authorized representative and, through this representative and its attorney, announced ready for trial.

The Court empanelled and swore in the jury of twelve which heard the evidence and arguments of counsel. After the close of all evidence, the Court submitted its Charge, containing definitions, instructions and questions, to the jury. On April 29, 2015, the jury returned a unanimous verdict in favor of Defendant. The Court received and accepted the jury's verdict and by that verdict it is hereby;

ORDERED, ADJUDGED and DECREED that Plaintiff, MARK GROBA, have and recover nothing of and from Defendant, GERMAN AMERICAN FARM MUTUAL INSURANCE COMPANY, and that said Defendant shall be discharged and shall stand fully released, discharged and acquitted of any and all claims which are or could have

RECORDER'S MEMORANDUM
This Instrument is of poor quality
at the time of imaging.

been made against GERMAN AMERICAN FARM MUTUAL INSURANCE COMPANY as a result of the incident made the basis of this suit.

This judgment is final, disposes of all claims and all parties, and is appealable

IT IS SO ORDERED this _____ day of _____ **MAY 1 1 2015**, 2015

_____

JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE:

BROWN SIMS, P.C.

By. _____

Todd A. Vance
Texas Bar No. 24059077
Email: tvance@brownsims.com
Tenth Floor
1177 West Loop South
Houston, Texas 77027-9007
Telephone.    (713) 629-1580
Facsimile:    (713) 629-5027

ATTORNEYS FOR DEFENDANT GERMAN AMERICAN
FARM MUTUAL INSURANCE COMPANY

APPROVED AS TO FORM ONLY:

LOREE & LIPSCOMB

By. _____

Robert W. Loree
State Bar No. 12579200
Email: rob@lhllawfirm.com
Christopher Below
State Bar No. 24045477
Email: chris@alamolaw.com
777 E. Sontera Boulevard, Suite 320
San Antonio, Texas 78258
Phone· (210)-404-1320
Facsimile: (210) 404-1310

ATTORNEYS FOR PLAINTIFF MARK GROBA

Cause No#2009-16387

| | | |
|---|---|---|
| **MARK GROBA** | * | **IN THE DISTRICT COURT** |
| **Plaintiff** | * | |
| **Vs.** | * | **333ʳᵈ JUDICIAL DISTRICT** |
| | * | |
| **GERMAN AMERICAN FARM** | * | |
| **MUTUAL INSURANCE COMP.** | * | |
| **Defendant** | * | **HARRIS COUNTY, TEXAS** |

### PLAINTIFF'S MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF THE 333rd JUDICIAL DISTRICT COURT:

COMES NOW the Plaintiff, **MARK GROPA** and files this Motion for New Trial, and would respectfully show this Honorable Court the following:

### 1. FACTUAL AND PROCEDURAL HISTORY

On or about March 17ᵗʰ, 2009, the Plaintiff MARK GROPA filed suit in the 333rd Judicial District Court of Harris, County, Texas against the Defendant GERMAN AMERICAN FARM MUTUAL INSURANCE COMPANY AND DANA HOLBROOK for damages that he sustained when the Plaintiff the defendant's Adjuster DANA HOLBROOK did not properly adjust the claim for the nature and type of damage that the Plaintiff claimed existed from Hurricane Ike.

1

On about April 27th, 2015, this Court conducted a jury trial on MARK GROPA'S petition for damages against the Defendant, and on April 29th, 2015 the Jury rendered a Unanimous verdict against the Plaintiff and in favor of the Defendant..

## 2. NO EVIDENCE AND INSUFFICIENT EVIDENCE CHALLENGES

MARK GROPA asserts that the Jury's verdict on April 29th, 2015 and this Court's anticipated finding of fact that the Plaintiff take nothing is not supported by factually sufficient evidence and/or is not supported by legally sufficient evidence. In this regard, the Plaintiff asserts that there was ample and sufficient evidence to support a finding that the damage to his roof was extensive and was caused by the hurricane, and that the damaged paint that did appear on the roof was strong evidence that favored a verdict for the Plaintiff.

MARK GROPA asserts that the Jury's verdict on April 29th, 2015 and this Court's anticipated finding of fact that the Plaintiff take nothing is not supported by factually sufficient evidence and/or by legally sufficient evidence. The expert for the defendant testified that he was only there for no more than 20 minutes because he had other properties to review and evaluate. It is clear that he was preoccupied and was not able to give the property his undivided attention to make a proper assessment.

MARK GROPA asserts that the Jury's verdict on April 29th, 2015 and this Court's anticipated finding of fact that the Plaintiff take nothing is not supported by factually sufficient evidence and/or by legally sufficient evidence. The damage to the roof was so extensive that MARK GROPA would not have been able to sell the home in that

condition without violating the law. It is clear that the roof would have to have been replaced in order for him to sell the home.

Because there is not factually sufficient or legally sufficient evidence to support not granting MARK GROPA'S petition against the Respondent on April 29th, 2015 this Court is compelled to grant MARK GROPA'S Motion for New Trial.

WHEREFORE, PREMISES CONSIDERED, MARK GROPA prays that this Court set this matter for hearing, and afterwards, that this Court enter an order vacating the Jury's verdict on April 29th, 2015 and grant MARK GROPA such other and further relief at law and in equity as this Court deems just and fair.

Respectfully submitted,

**WILLIS EVERETT SMITH, ESQ.**

WILLIS EVERETT SMITH, ESQ
SBN: 18710500
25408 US HWY 59, STE#104
PORTER, TEXAS 77365
(281) 359-6052 Telephone
(281) 360-6009 Telecopier
Wesmith2@peoplepc.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing have been forwarded to all counsels of record, via telecopier and regular mail, this 8th day of June, 2015.

_____
WILLIS EVERETT SMITH, ESQ.

4

```
JUC8H (NR4#)    JUSTICE INFORMATION MANAGEMENT SYSTEM     SEP 25, 2015(C1)
INT6510                    CIVIL CASE INTAKE            OPT: _____  -  INT
                        GENERAL PARTY INQUIRY           PAGE:   1  -    2

CASE NUM: 200916387__ PJN> __  TRANS NUM: _____ CURRENT COURT: 333 PUB? _
CASE TYPE: INSURANCE POLICY - HURRICANE   CASE STATUS: DISPOSED (FINAL)
STYLE: GROBA, MARK                     VS GERMAN AMERICAN FARM MUTUAL
========================================================================
                     **** INACTIVE PARTIES ****
  PJN  PER/CONN COC  BAR         PERSON NAME            PTY   ASSOC. ATTY
  NUM   NUMBER                                          STAT
_    00005-0001 DEF 12929200 HOLBROOK, DANA W             D  MANN, LISA GA
_    00004-0001 AGT          GERMAN AMERICAN FARM MUTUAL BY
_    00003-0001 DEF          HOLBROOK, DANA
_    00002-0001 DEF 24059077 GERMAN AMERICAN FARM MUTUAL     VANCE, TODD A
_    00002-0001 PAD 24001453 HUGHES, JEROMY D.
_    00001-0001 PLT 12579200 GROBA, MARK                     LOREE, ROBERT
_    00001-0001 PAP 16520200 RAMSEY, MICHAEL R.
_    00001-0001 PAP 24037381 RODRIGUEZ, MYNOR EDUARDO

==> (9) CONNECTION(S) FOUND
1=ACTIVE     2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.  7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```

CASE NUM: 200916387__ PJN> __  TRANS NUM: _____ CURRENT COURT: 333 PUB? _
CASE TYPE: INSURANCE POLICY - HURRICANE    CASE STATUS: DISPOSED (FINAL)
STYLE: GROBA, MARK                    VS GERMAN AMERICAN FARM MUTUAL
========================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME               PTY   ASSOC. ATTY
  NUM    NUMBER                                            STAT
 _    00001-0001 PAP 24058095 SANDOVAL, ELIZABETH LORY




==> (9) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP